UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN BONILLA, | ) | Case No. CV 05-7475 JFW(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S.J. RYAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: October 2, 2008

/s/
_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE